1   Erika A. Zucker, Esq. (SBN: 168406)
    Associate Counsel, Legal Services
2   WRITERS GUILD OF AMERICA, WEST, INC.
    7000 W. Third Street
3   Los Angeles, California 90048
    (323) 782-4521
4   Fax: (323) 782-4806
    Attorney for Petitioner

5

6

7

8                    UNITED STATES DISTRICT COURT

9        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

10

11  Writers Guild of America, West, Inc.,        CASE NO: CV07-00785DSF(RCx)

12                      Petitioner,              DECLARATION OF ERIKA A.
    vs.                                          ZUCKER IN SUPPORT OF
                                                 OPPOSTIION TO RESPONDENT'S
13                                               MOTION TO VACATE/SET ASIDE
    8730 Sunset, LLC and Anthony Cataldo,        JUDGMENT AS VOID
14
                        Respondents.             DATE: January 28,2007
15                                               TIME: 1:30 P.M.
                                                 CTRM: 840 Roybal
16
                                                 HONORABLE DALE S. FISCHER
17

18  ─────────────────────────────────────

19  I, ERIKA A. ZUCKER, declare:

20       1.   I am the attorney for Petitioner Writers Guild of

21  America, West, Inc. ("WGAW" and/or "Petitioners") in the matter

22  before this Court.

23       2.   This declaration is submitted in support of Petitioner's

24  Opposition to Respondent Anthony Cataldo's Motion to Vacate/Set

25  Aside Judgment as Void.

26       4.   I graduated from Northeastern University School of Law in

27  1993 and was admitted to the Bar of the State of California in

28
                                    1

1    December 1993.  I am also admitted to practice in the United States

2    District Court, Central District of California.

3        5.    Since January 2003 I have been employed by the WGAW in

4    Los Angeles.  I represent the WGAW and writers in the entertainment

5    industry in a wide variety of arbitration cases arising under the

6    collective bargaining agreement with the Alliance of Motion Picture

7    and Television Producers (the "MBA").

8        6.    On October 18, 2005, Arbitrator Christopher David Ruiz

9    Cameron, signed the Arbitrator's Opinion and Award ("Award")

10   against Respondents 8730 Sunset, LLC and Anthony Cataldo

11   ("Respondents") and served it upon the Respondents and Petitioners.

12   In his Opinion and Award, Arbitrator Cameron found specifically

13   that Anthony Cataldo was properly served with both the Notice of

14   Claim and Notice of Hearing.

15       7.    On February 2, 2007 Petitioner filed its Motion for Order

16   Confirming Arbitrator's Opinion Award and for Entry of Judgment in

17   Conformity Therewith.

18       8.    Prior to issuing its Judgment in this matter, the court

19   held a hearing and requested that Petitioner address the Court's

20   service concerns. In accordance with the Court's order of July 23,

21   2007, Petitioner filed additional proofs of service for all

22   Respondents.

23       9.    On July 31, 2007 I received a telephone call from Barry

24   K. Rothman.  Mr. Rothman informed me that he represented Anthony

25   Cataldo and that he believed there was a "huge issue" whether

26   Cataldo was served.  At Mr. Rothman's request, on or about August

27   2, 2007, I sent to him Petitioner's Notice of Motion and Motion to

28   Confirm Arbitration Award, the Arbitrator's Opinion and Award, the

2

1  WGA signatory documents for 8730 Sunset, LLC and the Letter of

2  Guarantee signed by Anthony Cataldo, the WGAW's Noice of Claim and

3  Claim, with proofs of service and Articles 10,11 and 12 of the MBA.

4  In both my telephone conversation of July 31, 2007 and the letter

5  of August 2, 2007, I informed Mr. Rothman that the Court had not

6  ruled in the matter, which was on the Court's calendar for August

7  6, 2007.  A copy of my letter to Mr. Rothman is attached hereto as

8  Exhibit 1.

9       10.  Respondents did not file any opposition to the Motion to

10 Confirm.

11      11.  The Court entered Judgment confirming the Arbitrator's

12 Opinion and Award on August 7, 2007.

13      I declare under penalty of perjury under the laws of the

14 United States of America that the foregoing is true and correct.

15      Executed at Los Angeles, California, this 9th day of January

16 2008.

17                                   By: _____
                                         Erika A. Zucker
18                                       Attorney for Petitioner

19

20

21

22

23

24

25

26

27

28

                                    3